NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARINO A. WRIGHT,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3202

---

Petition for review of the Merit Systems Protection Board in case no. AT3443110198-I-1.

---

## ON MOTION

---

## ORDER

Marino A. Wright moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Marino A. Wright
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 1 2011

JAN HORBALY
CLERK